JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
SAMANTHA JAFFE, Bar No. 324731
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Angela_Chuang@fd.org
             Samantha_Jaffe@fd.org

Counsel for Defendant RANNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB RANNEY,<br><br>Defendant. | **Case No.:** CR 25–416 TSH<br><br>**DEFENSE PROPOSED EXHIBIT LIST**<br><br>**Court:**       Courtroom D, 15th  Floor<br>**Trial Date:**  July 27, 2026<br>**Time:**        9:30 a.m. |

The defense hereby submits a list of potential exhibits in the above-captioned case that the defense may introduce at trial. It does not include exhibits that may be used for impeachment, rebuttal, or refreshing recollection. Consistent with his right to an effective defense, just as Mr. Ranney has not determined what witnesses, if any, he will call in his case-in-chief, should he choose to present one, he has also not determined what exhibits, if any, he will need in his case in chief, should he choose to present one. The defense reserves the right to amend its exhibit list prior to and during trial, as necessary.

DEFENSE EXHIBIT LIST
*RANNEY*, CR 25–416 TSH

1

| Exhibit No. | Marked for Identification | Admitted in Evidence | Description | Protective Status |
|---|---|---|---|---|
| 200 | | | FPD-000005 – Exterior photo of 630 Sansome Street | |
| 201 | | | FPD-000010 – Exterior photo of sallyports | |
| 202 | | | FPD-000011 – Exterior photo of right side sallyport | |
| 203 | | | FPD-000014 – Exterior photo of sallyports | |
| 204 | | | FPD-000017 – Interior photo of sallyport | |
| 205 | | | FPD-000018 – Interior photo of sallyport | |
| 206 | | | FPD-000021 – Interior photo of sallyport | |
| 207 | | | FPD-000023 – Interior photo of sallyport | |

DEFENSE EXHIBIT LIST
*RANNEY*, CR 25–416 TSH

2

| | | | | |
|---|---|---|---|---|
| 208 | | | FPD-000030 – Interior photo of bottom of sallyport | |
| 209 | | | FPD-000031 – Interior photo of sallyport | |
| 210 | | | FPD-000032 – Interior photo of sallyport | |
| 211 | | | USACR-000058 – 630 Sansome Street East Side surveillance footage | |
| 212 | | | USACR-000210 – 630 Sansome Street West Side surveillance footage | PROTECTED* |
| 213 | | | USACR-000066 – First video from Mission Local article | |
| 214 | | | USACR-000067 – Second video from Mission Local article | |
| 215 | | | USACR-000068 – Officer Swan cell phone footage | |

DEFENSE EXHIBIT LIST
*RANNEY*, CR 25–416 TSH

\* This was produced as protected to the defense, it is defense counsel's understanding that this should not be subject to the protective order as it shows events on the public sidewalk.

Dated:    June 24, 2026                          Respectfully submitted,

                                                 JODI LINKER
                                                 Federal Public Defender
                                                 Northern District of California

                                                          /S
                                                 ANGELA CHUANG
                                                 SAMANTHA JAFFE
                                                 Assistant Federal Public Defenders