CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:25-CR-00416 TSH |
| Plaintiff, | ) |
| | ) **UNITED STATES' WITNESS LIST** |
| v. | ) |
| | ) Pretrial Conference:  July 9, 2026 |
| CALEB ALEXANDER RANNEY, | ) Time: 10:00 a.m. |
| Defendant. | ) |
| | ) Hon. Thomas S. Hixson |

    The United States hereby submits its preliminary list of prospective witnesses who may be called to testify at the trial of the above-captioned matter.  The government reserves its right to amend this witness list at any time prior to and during trial as necessary.

1. Pundir Group Chief Engineer Fara Akrami

2. Federal Protective Service Special Agent Andrew Benavente

3. Immigration and Customs Enforcement Deportation Officer Michael Caldwell, Jr.

4. Pundir Group Assistant Chief Engineer Johnah Carvahllo

5. Federal Protective Service Inspector Tirrany James

6. Immigration and Customs Enforcement Supervisory Detention and Deportation Officer

UNITED STATES' WITNESS LIST
3:25-CR-00416 TSH
                                1

Andrew Kaskanlian

7. General Services Administration, Building Manager, Appraisers Building and U.S. Custom House SF, Rachel Kwan

8. Immigration and Customs Enforcement Deportation Officer Joe Love

9. Federal Protective Service Inspector Joseph Orchard

10. Federal Protective Service Senior Special Agent Timothy Rivero

11. Immigration and Customs Enforcement Deportation Officer (G4S Contractor) Steven Swan

12. G4S Officer A. Miner or other Custodian of Records for Security Video Footage from 630 Sansome Street, San Francisco, 94111

DATED: June 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


_____/s/_____
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

UNITED STATES' WITNESS LIST                    2
3:25-CR-00416 TSH