UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

CALEB ALEXANDER RANNEY,
Defendant.

Case No. 25-cr-00416-TSH-1

**ORDER RE: JOINT PROPOSED JURY INSTRUCTIONS**

The United States Attorney's Office (the "Government") charged Defendant Caleb Alexander Ranney with two criminal offenses: (1) Assault on a Federal Officer (violation of 18 U.S.C. § 111(a)(1)); and (2) Destruction of Government Property (violation of 18 U.S.C. § 1361). ECF No. 1. The case is set to proceed to jury trial on July 27, 2026. ECF No. 21. With their pretrial filings, the parties submitted Joint Proposed Jury Instructions on July 1, 2026. ECF No. 44. The proposed instructions contain several disputed instructions. However, the parties do not include any reasoning as to why the Court should or should not adopt each disputed instruction.

Accordingly, the Court **ORDERS** the parties to file a joint statement by July 13, 2026, presenting argument whether the Court should or should not adopt each proposed jury instruction that is disputed.

**IT IS SO ORDERED.**

Dated: July 6, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California