UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

CALEB ALEXANDER RANNEY,

        Defendant.

Case No.  25-cr-00416-TSH-1

**ORDER FOR JURY MORNING REFRESHMENTS DURING TRIAL AND MEALS DURING DELIBERATIONS**

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish morning refreshments for each day of trial and lunch for the members of the jury for each day the jury is in deliberations.

**IT IS SO ORDERED.**

Dated: July 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California