CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wistar.Wilson@usdoj.gov
    Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CALEB ALEXANDER RANNEY,<br><br>    Defendant. | Case No. 3:25-CR-00416 TSH<br><br>**JOINT STIPULATIONS OF FACT, AUTHENTICITY, AND ADMISSIBILITY**<br><br>Trial Date: July 27, 2026<br>Judge: Hon. Thomas S. Hixson |

The parties hereby stipulate to the following for purposes of the July 27, 2026 trial in the above-captioned case:

**STIPULATIONS OF FACT:**

1.    The building at 630 Sansome Street in San Francisco, California, and its components, including the sally port located on the Jackson Street side of the building, is property of the United States, or of any department or agency thereof.

2.    San Francisco, California, is within the Northern District of California.

STIPS. OF FACT, AUTHENTICITY, ADMISSIBILITY 1
3:25-CR-00416 TSH

**AUTHENTICITY AND ADMISSIBILITY STIPULATIONS:**

3.     The following exhibits are authentic for purposes of Federal Rules of Evidence 901 and 902 and admissible, and should be admitted into evidence upon motion of either party:

    a.  Cell phone video footage from August 8, 2025, from Officer S. Swan:

        i.  Ex. 70 (USACR-000177)

    b.  Videos from August 8, 2025, Mission Local article:

        i.  Ex. 18 (USACR-000066)

        ii.  Ex. 19 (USACR-000067)

    c.  Security video footage from 630 Sansome Street, San Francisco, California, on August 8, 2025 and any clips or still images therefrom:

        i.  Full-length videos:

            1.  Ex. 1 (West Side Security video / USACR-000210)

            2.  Ex. 3 (East Side Security video / USACR-000761)

        ii.  Clips:

            1.  Exs. 2, 4

        iii.  Stills:

            1.  Exs. 88, 89, 90, 91, 92, 93, 94, 100, 101, 102, 103

4.     The following exhibits are authentic for purposes of Federal Rules of Evidence 901 and 902 and there is a foundation for their admission; they may be admitted without the need to call a custodian of records or foundation witness.  The parties reserve all other objections to these exhibits.

    a.  Internal security video footage from 630 Sansome Street, San Francisco, California, on August 8, 2025:

        i.  Ex. 27 (Sallyport Center video);

        ii.  Ex. 28 (Sallyport Exit Door video);

        iii.  Ex. 30 (Sallyport North (Jackson) video);

        iv.  Ex. 31 (6th Floor Detainee Elevator video);

        v.  Ex. 32 (Detention Processing Entrance video);

        vi.  Ex. 33 (7A – 6th Floor Detention Processing East video);

STIPS. OF FACT, AUTHENTICITY, ADMISSIBILITY 2
3:25-CR-00416 TSH

vii.   Ex. 34 (7B – 6th Floor Detention Processing East video);

viii.   Ex. 35 (6th Floor Cell 9 video);

ix.   Ex. 36 (6th Floor Detention Processing East video);

x.   Ex. 37 (6th Floor Detainee Elevator video 2);

xi.   Ex. 38 (Sallyport Exit Door 2 (release of Ranney) video);

xii.   Ex. 39 (Sallyport North (Jackson) 2 (release of Ranney) video);

xiii.   Ex. 40 (6th Floor North Hallway video);

xiv.   Ex. 41 (6th Floor Lobby video).

5.   The following exhibits are authentic for purposes of Federal Rules of Evidence 901 and 902.  The parties reserve all other objections to these exhibits.

a.   Photographs at 630 Sansome Street, San Francisco, California, taken on June 5, 2026:

i.   Exs. 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 216

b.   Photograph from August 8, 2025 of repaired sally port door from R. Kwan:

i.   Ex. 111

6.   Exhibit 78 (USACR-000763) is a true and correct copy of Pundir Group Assistant Chief Engineer Jonah Carvalho's daily work log from August 8, 2025, qualifies as a record of a regularly conducted activity (business record) under Federal Rule of Evidence 803(6), and is admissible.

//
//
//
//
//
//
//
//
//
//
//
//

STIPS. OF FACT, AUTHENTICITY, ADMISSIBILITY 3
3:25-CR-00416 TSH

DATED: July 22, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


        /s/
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys


DATED: July 22, 2026

JODI LINKER
Federal Public Defender


        /s/
ANGELA CHUANG
SAMANTHA JAFFE
Assistant Federal Public Defenders

STIPS. OF FACT, AUTHENTICITY, ADMISSIBILITY 4
3:25-CR-00416 TSH