UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 23, 2026          **Time:** 52 minutes          **Judge:** THOMAS S. HIXSON

**Case No.:** 25-cr-00416-TSH-1          **Case Name:** UNITED STATES v. Caleb Alexander Ranney

**Attorney for Plaintiff: Wistar Wilson, Eli Cohen**
**Attorney for Defendant: Angela Chuang, Samantha Jaffe**
**Defendant:** [x ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ x ] Not in Custody

**Deputy Clerk:** Aris Garcia                    **Reported by:** Kelly Shainline

**PROCEEDINGS**

Final Pretrial Conference – HELD

Defendant's Motion to Dismiss, discovery requests and jury instruction dispute due by end of day 7/23/2026
Government's Response due by end of day 7/24/2026
Defendant's Optional Reply due by end of day 7/25/2026

Defendants shall serve RFPs after the pretrial conference.

Government Ordered to obtain and retain all the documents requested from defense by 7/26/2026.

Defense witness Hilton Cheng Ordered to appear in Court in person on 7/28/2026.

Parties Stipulate to Excuse Juror 14 for hardship

Parties Stipulate to Excuse Juror 23 for hardship

Parties Stipulate to Excuse Juror 26 for cause

Parties Stipulate to Excuse Juror 45 for cause

Defense request to Excuse Juror 46 for hardship is NOT objected by the government and is Granted by the Court

**CASE CONTINUED TO: July 27, 2026 at 9:00 AM for Jury Selection/Trial**.