CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        Wistar.Wilson@usdoj.gov
        Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-CR-00416 TSH |
| Plaintiff, | **JOINT CORRECTION TO INVOLVED INDIVIDUALS LIST** |
| v. | Trial Date: July 27, 2026 |
| CALEB ALEXANDER RANNEY, | Judge: Hon. Thomas S. Hixson |
| Defendant. | |

     The parties jointly submit this filing to correct the spelling of the last name of one of the individuals listed on the parties' Joint Revised Proposed Involved Individuals List, *see* dkt. 73, and incorporated into the Court's Supplemental Juror Questionnaire. *See* Dkt. 81 at 3. The individual previously listed as "Stephen Glumasz" should be listed as "Stephen Glumaz."

//

//

//

//

//

JOINT CORRECTION TO INVOLVED INDIVS. LIST  1
3:25-CR-00416 TSH

DATED: July 23, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


_____/s/_____
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys

DATED: July 23, 2026

JODI LINKER
Federal Public Defender


_____/s/_____
ANGELA CHUANG
SAMANTHA JAFFE
Assistant Federal Public Defenders

JOINT CORRECTION TO INVOLVED INDIVS. LIST  2
3:25-CR-00416 TSH