CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov
Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB ALEXANDER RANNEY,<br><br>Defendant. | ) | Case No. 3:25-CR-00416<br><br>**NOTICE OF APPEAL TO DISTRICT COURT OF THE UNITED STATES' APPEAL OF THE MAGISTRATE JUDGE'S ORDER (DKTS. 111& 161)** |

The United States, by and through undersigned counsel, hereby provides notice that, pursuant to Federal Rule of Criminal Procedure 58(g)(2)(A) and Criminal Local Rule 58-2, it is filing an appeal of the September 9, 2026 order issued by United States Magistrate Judge Thomas S. Hixson in the above-captioned case. *See* Dkts. 111, 161.

The government will submit a copy of its appellate brief to United States District Judge Beth Labson Freeman, the district judge currently on duty in the United States District Court for the Northern

//

//

//

District of California, as well as to defense counsel.

DATED: September 23, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys