UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 1, 2026 **Time:** 37 mins **Judge:** THOMAS S. HIXSON

**Case No.**: 25-cr-00416-TSH-1 **Case Name:** UNITED STATES v. Caleb Alexander Ranney

**Attorney for Plaintiff: Eli Cohen, Wistar Wilson**
**Attorney for Defendant: Angela Chuang, Samantha Jaffe**
**Defendant:** [x ] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody [x] Not in Custody

**Deputy Clerk:** Aris Garcia **Reported by:** Ruth Ekhaus Levine

## PROCEEDINGS

Final Pretrial Conference – HELD

Discussion held regarding juror excusals.p

Parties stipulate to excuse jurors 15, 29, 32, 38, 66, 88 for hardship.

Parties stipulate to excuse jurors 52, 82, 84 for cause.

Each side will have 15 minutes per batch of jurors for additional voir dire.

Government Ordered to tell defense counsel the order of call for witnesses by 5:00 pm the day prior to calling.

The Court Orders the defense counsel to provide the government with a witness list after the government rests.

**CASE CONTINUED TO: 10/5/2026 for Jury Selection/Jury Trial**.