UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 7, 2026 **Time:** 9:30 – 3:36 PM **Judge:** THOMAS S. HIXSON

**Case No.**: 25-cr-00416-TSH-1 **Case Name:** UNITED STATES v. Caleb Alexander Ranney

**Attorney for Plaintiff: Wistar Wilson, Eli Cohen**
**Attorney for Defendant: Angela Chuang, Samantha Jaffe**
**Defendant:** [x ] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody [ x ] Not in Custody

**Deputy Clerk:** Aris Garcia **Reported by:** Ruth Eckhaus Levine

## PROCEEDINGS

Jury Trial - HELD

See attached trial log

**CASE CONTINUED TO: 10/8/2026 at 9:00 AM for Jury Trial**.

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Thomas S. Hixson | | Wistar Wilson, Eli Cohen | | Angela Chuang, Samantha Jaffe |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| 10/7/2026 | | Ruth Eckhaus Levine | | Aris Garcia |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | **10/7/2026 Day 2** | | | | |
| | | 9:30 AM | | | Court is in session. 12 Jurors and 1 alternate enter the Courtroom | |
| | | 9:30 AM | | | Govt resumes direct examination of witness Love by Wistar Wilson | |
| | | 10:08 AM | | | Def. Cross-Examination of witness Love by Angela Chuang | |
| | 243 | 10:32 AM | X | X | Footage from 8-20- 2025 protest | D |
| | | 10:35 AM | | | Govt re-direct of witness Love by Wistar Wilson | |
| | | 10:52 AM | | | Def. Re-cross of witness Love by Angela Chuang | |
| | | 10:54 AM | | | Witness Love is excused. Court is in recess. | |
| | | 11:12 AM | | | Court resumes and discussion held outside the presence of counsel. | |
| | | 11:15 AM | | | 12 Jurors and 1 alternate enter the Courtroom | |
| | | 11:15 AM | | | Govt calls witness Pundir Group Chief Engineer Fara Akrami for direct examination by Eli Cohen | |
| 112 | | 11:27 AM | x | x | Declaration of J.C. re: Ex. 78 with attachment (USACR-001114 – USACR001115) | P |
| | | 11:32 AM | | | Def. Cross-Examination of witness Akrami by Samantha Jaffe | |
| | 203 | 11:35 AM | X | X | FPD-000014 – Exterior photo of sallyports | D |
| | 204 | 11:37 AM | x | X | FPD-000017 – Interior photo of sallyport | D |
| | 207 | 11:37 AM | x | X | FPD-000023 – Interior photo of sallyport | D |
| | 208 | 11:37 AM | x | X | FPD -000030 – Interior photo of bottom of sallyport | D |
| | 209 | 11:37 AM | x | X | FPD -000031 – Interior photo of sallyport | D |
| | | 11:42 AM | | | Govt re-direct exam of witness Akrami by Eli Cohen | |
| | | 11:45 AM | | | Witness Akrami is excused. | |
| | | 11:46 AM | | | Jury is excused for lunch | |
| | | 11:46 AM | | | Arguments heard re: Def.'s Rule 29 Motion outside the presence of the Jury. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:51 AM | | | Court is in recess. | |
| | | 12:46 PM | | | Court is back in session. Discussion held outside of the presence of the counsel. | |
| | | 12:48 PM | | | 12 Jurors and 1 alternate enter the Courtroom. Def. calls on witness Ut Scott for Direct Examination by Samantha Jaffe | |
| | | 1:27 PM | | | Govt Cross-Exam of witness Scott by Wistar Wilson | |
| | | 1:49 PM | | | Def. Re-direct of witness Scott by Samantha Jaffe | |
| | | 1:53 PM | | | Witness Scott is excused | |
| | | 1:55 PM | | | Jury is in recess. Discussion held outside the presence of the Jury re: Def. Exhibits 242 & 244 and examination of federal agent def. witnesses as adverse witnesses. Govt will also be allowed to use leading questions on cross-examination. | |
| | | 2:17 PM | | | Court is back in session. 12 Jurors and 1 alternate enter courtroom. Def. calls witness Michael Caldwell for direct examination by Angela Chuang. | |
| | 244 | 2:21 PM | X | X | Footage from 8-20- 2025 protest | D |
| | 242 | 2:24 PM | X | X | Footage from 8-20- 2025 protest | D |
| 30 | | 2:32 PM | X | X | 4 - Sally Port North (Jackson)_20250808_151021.mp4 | D |
| | | 2:49 PM | | | Govt Cross Exam of witness Caldwell by Eli Cohen | |
| | | 3:05 PM | | | Witness Caldwell is excused | |
| | | 3:06 PM | | | Def calls witness Andrew Kaskanlian for direct exam by Samantha Jaffe | |
| | | 3:28 PM | | | Gov. Cross-Examination of witness Kaskanlian by Wistar Wilson | |
| | | 3:31 PM | | | Def. re-direct exam of witness Kaskanlian by Samantha Jaffe | |
| | | 3:33 PM | | | Govt re-cross examination of witness Kaskanlian by Wistar Wilson | |
| | | 3:34 PM | | | Witness Kaskanlian is excused. | |
| | | 3:36 PM | | | Court is in recess | |
| | | 3:42 PM | | | Parties requested to speak with the Court outside the presence of the jury. | |
| | | 3:45 PM | | | Court is in recess. | |