CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
ELI J. COHEN (NYBN 5539226)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov
Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALEB ALEXANDER RANNEY,<br><br>Defendant. | Case No. 3:25-CR-00416<br><br>**NOTICE OF APPEAL TO DISTRICT COURT OF THE UNITED STATES' APPEAL OF THE MAGISTRATE JUDGE'S ORDER OF AN ADVERSE JURY INSTRUCTION (DKT 213) OR PETITION FOR WRIT OF MANDAMUS** |

The United States, by and through undersigned counsel, hereby provides notice that, pursuant to Federal Rule of Criminal Procedure 58(g)(2)(A) and Criminal Local Rule 58-2, it is filing an appeal of United States Magistrate Judge Thomas S. Hixson's order of an adverse jury instruction in the pending trial in the above-captioned case. Alternatively, the government also petitions, pursuant to 28 U.S.C. § 1651, for a writ of mandamus directing the magistrate judge to instruct the jury without issuing the adverse jury instruction.

The government will submit a copy of its appellate brief to United States District Judge Vince

//

//

Chhabria, as well as to defense counsel.

DATED: October 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/

E. WISTAR WILSON
ELI J. COHEN
Assistant United States Attorneys